

# Fourth Court of Appeals
## San Antonio, Texas

September 28, 2020

No. 04-20-00103-CV

**IN THE MATTER OF THE ESTATE OF WILLIAM D. STEWART, JR.**, Deceased,

From the Probate Court No. 2, Bexar County, Texas
Trial Court No. 2017-PC-0986
The Honorable Veronica Vasquez, Judge Presiding

# O R D E R

Appellant's motion to reconsider denial of oral argument is GRANTED. We withdraw our previous submission date of October 7, 2020, and ORDER the above cause to be set for formal submission and oral argument before this Court on Thursday, November 19, 2020, at 9:00 a.m. before a panel consisting of Justice Rebeca C. Martinez, Justice Patricia O. Alvarez, and Justice Liza A. Rodriguez.

In accordance with the Texas Supreme Court's emergency orders in response to the COVID-19 pandemic, the oral argument will be held through the Fourth Court of Appeals' Zoom license. Counsel are instructed not to appear at the court's physical address.

Counsel will receive a separate email that will contain a link for the oral argument. Counsel are admonished as follows:

1. The link to Zoom is only for lead counsel of record presenting argument and is not to be shared with any other person. Lead counsel will need a computer or other electronic device with a camera, a microphone, and access to the Internet. If lead counsel intends to present any exhibits during oral argument, any such exhibits must be filed by noon on the day before argument.

2. The argument will be live streamed to the Court's YouTube channel for the benefit of co-counsel, clients, and the public. The argument can be accessed using the following link:

   https://www.youtube.com/channel/UCiaWJQ7eW5OQIALdyLN6s3A

3. Lead counsel are encouraged to familiarize themselves with the Zoom platform. The clerk of the court will contact lead counsel no later than the week before argument to verify connectivity and equipment.

4. Lead counsel must wear court-appropriate attire and choose an appropriate background. The time for oral argument will be limited to twenty minutes for appellant's opening argument, twenty minutes for appellee's argument, and ten minutes for appellant's rebuttal argument. If any participant's link is disconnected during argument, timing of the argument will stop until the participant is able to reconnect.

If any party no longer wishes to present argument, the party must notify this court in writing within seven days of receiving this notice.

Entered on this 28th day of September, 2020.

PER CURIAM

ATTESTED TO: _____

MICHAEL A. CRUZ,
Clerk of Court